# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Gorczyca v. Weber-Stephen Products LLC

Case Number: 1:22-cv-04623

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff, Matt Gorczyca

Attorney name (type or print): Neal J. Deckant

Firm: Bursor & Fisher, P.A.

Street address: 1990 North California Blvd., Suite 940

City/State/Zip: Walnut Creek, CA 94596

Bar ID Number: 5026208
(See item 3 in instructions)

Telephone Number: (925) 300-4455

Email Address: ndeckant@bursor.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 09/07/2022

Attorney signature: S/ Neal J. Deckant
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015